ACCEPTED
01-15-00848-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/23/2015 12:59:59 AM
CHRISTOPHER PRINE
CLERK

# FIRST COURT OF APPEALS

## 01-15-00848-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

11/23/2015 12:59:59 AM

CHRISTOPHER A. PRINE
Clerk

*Christopher Jack, Appellant*
*v.*
*State of Texas, Appellee*

### On Appeal from the 183rd Judicial District Court
### Harris County, Texas
### Cause Number 1283618

# Motion to Extend Time to File Appellant's Brief

**Michael Mowla**
**P.O. Box 868**
**Cedar Hill, TX 75106**
**Phone: 972-795-2401**
**Fax: 972-692-6636**
**michael@mowlalaw.com**
**Texas Bar No. 24048680**
**Attorney for Appellant**

**To the Honorable Justices of the Court of Appeals:**

Appellant moves for an extension of time of **30 days** to file the Appellant's Brief [*See* Tex. Rule App. Proc. 10.5(b) and 38.6(c)]:

1.      This case is on appeal from the 183rd District Court of Harris County, Texas.

2.      The case below is styled the *State of Texas v. Christopher Jack*, and is numbered 1283618.

3.      On April 18, 2012, sentence was imposed in open court.

4.      Appellant was convicted of Aggravate Assault with a Deadly Weapon.

5.      Appellant is presently on community supervision.

6.      Appellant filed an application for writ of habeas corpus under Article 11.072 of the Code of Criminal Procedure seeking an out-of-time appeal, which was granted by the trial court on September 18, 2015.  (CR, 140). On September 28, 2015, a timely Notice of Appeal was filed. (CR, 138-139).

7.      The reporter's record was filed on November 17, 2015.

8.      The clerk's record was filed on November 13, 2015.

9.      The Appellant's Brief is due on **December 17, 2015**.

10.     Appellant requests an extension of time of **30 days** from the present due date to file the Appellant's Brief, i.e., until **January 16, 2016**.

11.     No previous extension to file the Appellant's Brief has been filed.

12.     Appellant relies on the following facts as good cause for the requested extension: during the past week, Attorney for Appellant completed a reply brief in *Collins v. State,* 08-15-00103-CR, in the 8th Court of Appeals, which is a complex murder case.  Further, Attorney for Appellant also filed a brief in *Geiger v. State,* 08-15-00213-CR, also in the 8th Court of Appeals

13.     Further, Attorney for Appellant has the following briefs, petitions for discretionary review, or other pleadings due soon:

- *United States v. Carroll,* 3:15-cv-03521-N, Brief in support of motion under 28 U.S.C. § 2255, due November 30, 2015 in the Northern District of Texas.

- *United States v. Ziba,* 15-10873, appellant's brief due on December 16, 2015 in the Fifth Circuit.

- *Ex parte Juarez,* 34946-CR, writ of habeas corpus scheduled to be filed on December 31, 2015 in the 40th District Court, which is a continued challenged to a  sentence based on the holdings in *Miller v. Alabama*, 132 S.Ct. 2455 (2012).

- *Nguyen v. State*, 06-15-00127-CR, appellant's brief due on January 4, 2016 in the Sixth Court of Appeals.

- *Lowe v. State*, PD-1427-15, PDR due on January 4, 2016 in the Court of Criminal Appeals.

14.     In addition, Mowla has been working on two complex death penalty habeas cases - *Ex parte Thomas*, F86-85539, in the 194th Judicial District Court, and *Green v. Director*, 3:15-cv-02197-M-BH, in the Northern District of Texas.

15. Finally, Attorney for Appellant continues work on several other habeas cases involving the underlying issue in *Miller v. Alabama*, 132 S.Ct. 2455 (2012).

16. Attorney for Appellant has a responsibility to provide Appellant with the effective assistance of appellate counsel, *see Evitts v. Lucey*, 469 U.S. 387, 392 (1985), and Attorney for Appellant believes that that the additional time is necessary to provide such effective appellate counsel.

17. Attorney for Appellant thus requests the extension so that he may properly prepare the Appellant's Brief.

18. This Motion is not filed for purposes of delay, but so that justice may be served.

## Prayer

Appellant prays that this motion for extension of time to file the Appellant's Brief be granted.

Respectfully submitted,

Michael Mowla
P.O. Box 868
Cedar Hill, TX 75106
Phone: 972-795-2401
Fax: 972-692-6636
michael@mowlalaw.com
Texas Bar No. 24048680
Attorney for Appellant

4

/s/ **Michael Mowla**
Michael Mowla

## Certificate of Service

I certify that on November 23, 2015, a true and correct copy of this document was served on Alan Curry of the Harris County District Attorney's Office, Appellate Division, 1201 Franklin Street Suite 600, Houston, Texas 77002, by email to curry_alan@dao.hctx.net.

/s/ **Michael Mowla**
Michael Mowla